NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1462, -1463, -1464, -1465

TAURUS IP, LLC (now known as Manufacturing System Technologies, LLC),

> Plaintiff/Third Party Defendant-Appellant,

and

ORION IP, LLC (now known as Clear With Computers LLC)
and ERICH SPANGENBERG,

> Third Party Defendant-Appellants,

v.

DAIMLERCHRYSLER CORPORATION, CHRYSLER FINANCIAL, LLC, and DAIMLERCHRYSLER COMPANY, LLC,

> Defendants-Appellees,

and

CHRYSLER HOLDING, LLC,

> Defendant/Third Party Plaintiff-Appellee,

and

MERCEDES-BENZ USA, INC. and CHRYSLER LLC,

> Defendants/Third Party Plaintiffs-Cross Appellants.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-158, Chief Judge Barbara B. Crabb.

-----------------------------------------------------------------------

2008-1474, -1477

TAURUS IP, LLC (now known as Manufacturing System Technologies, LLC),

Defendant-Appellant,

v.

HYUNDAI MOTOR AMERICA,

Defendant-Cross Appellant,

and

REEBOK INTERNATIONAL, LTD.,

Defendant,

and

POLO RALPH LAUREN CORP.,

Defendant,

and

MICHELIN NORTH AMERICA, INC.,

Defendant-Appellee.

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-477, Chief Judge Barbara B. Crabb.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

Chrysler, LLC, Mercedes-Benz USA, Inc., Michelin North America, Inc., and Hyundai Motor America respond to the court's May 19, 2009 order and request a stay of proceedings with regard to Chrysler pending disposition of Chrysler's bankruptcy proceedings but to continue proceedings with regard to all other parties. Taurus IP,

LLC, Orion IP, LLC, and Erich Spangenberg also respond to the court's order and request that the court stay all proceedings with regard to all parties pending bankruptcy proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

The briefing schedule is stayed pending disposition of the bankruptcy proceedings as to all parties and proceedings. The parties are directed to notify the court within 14 days from the date of final disposition of the bankruptcy proceedings.

FOR THE COURT

JUL 23 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Jon E. Wright, Esq.
      Elizabeth A. Wiley, Esq.
      Mitchell G. Stockwell, Esq.
      Gene C. Schaerr, Esq.
      Michael E. Jones, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 23 2009

JAN HORBALY
CLERK

2008-1462 et al.                    3